IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00385-PSF-MJW

LISA J. MITCHELL,

Plaintiff,

v.

FF PROPERTIES, L.P., et al.,

Defendants.

## NOTICE OF DISCLOSURE

Michael J. Watanabe, Magistrate Judge

     Counsel for Plaintiff,  Brian K. Stutheit, Esquire, has entered his appearance in this case.  Mr. Stutheit is a former attorney with the law firm of Montgomery, Little Young Campbell & McGrew, P.C.  The undersigned also formerly worked as an attorney for the law firm of Montgomery Little Young Campbell & McGrew, P.C. f/k/a Montgomery Little & McGrew, P.C., n/k/a Montgomery Little Soran Murray and Kuhn, P.C.  from January 1986 to November 1987.  Mr. Stutheit was an attorney with the undersigned during this period of time.   Since 1987, the undersigned has had no financial or other interest in the law firm of Montgomery Little & McGrew, P.C.  f/k/a Montgomery Little & McGrew, P.C., n/k/a Montgomery Little Soran Murray and Kuhn, P.C.   Moreover, the undersigned has had no financial or other interest in the law firm of Stutheit and Gartland, P.C.   Based upon this disclosure, the parties shall have up to and including **April 10, 2006,**  to file any motion pursuant to 28 U.S.C. § 455.

     Dated this 21st day of March 2006 in Denver, Colorado.

     BY THE COURT

     S/ Michael J. Watanabe
     Michael J. Watanabe
     U.S. Magistrate Judge