IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-00385-PSF-MJW

LISA J. MITCHELL,

Plaintiff,

v.

FF PROPERTIES, L.P., and
FAIRFIELD RESIDENTIAL, LLC,

Defendants.

---

## ORDER
(Docket p. 22)

---

This matter is before me on DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE filed on September 12, 2006, (the "Motion") in which defendants request that the settlement conference set for September 20, 2006, at 10:00 a.m., be vacated and rescheduled for October 2, 2006, at 3:00 p.m. Good cause being shown,

IT IS ORDERED that the Motion is GRANTED, and the settlement conference set for September 20, 2006, is hereby vacated and be rescheduled for October 2, 2006, at 3:00 p.m.

Dated September 14, 2006.

BY THE COURT:

Michael J. Watanabe
Unites States Magistrate Judge

Denver:12584.1