IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00385-PSF-MJW

LISA J. MITCHELL,

    Plaintiff,

v.

FF PROPERTIES, L.P.; and
FAIRFIELD RESIDENTIAL, LLC,

    Defendants.

## ORDER OF DISMISSAL

The Court having reviewed the parties' Stipulation for Dismissal (Dkt. # 27), and good cause appearing,

The Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and costs.

DATED: September 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge